UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| ANDRE LAMARR JACKSON,<br><br>    Plaintiff,<br><br>    v.<br><br>DIRECTOR OF CORRECTION OF OF THE STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | CV 12-5743-PSG (SH)<br><br>ORDER |

    Plaintiff is a state prisoner proceeding *pro se* and has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Pursuant to 28 U.S.C. § 1915(b)(1), Plaintiff is required to pay the statutory filing fee of $350.00 for this action.[1]/

    Plaintiff has submitted a prison trust account history. Plaintiff's current prison balance establishes that Plaintiff cannot pay the required filing fee in full.

---

[1] The statutory filing fee for all civil actions except applications for writs of habeas corpus is $350.00. 28 U.S.C. § 1914(a).

1

On July 10, 2012, this Court issued an Order re: Leave to File Action without Prepayment of Full Filing Fee.

By separate Order dated August 16, 2012, and in accordance with the statutory provisions, Plaintiff is required to pay the full fee and payments shall be collected and forwarded by the appropriate agency to the Clerk of the Court, until the filing fee is paid in full. Therefore, according to 28 U.S.C. § 1915(b)(4), the action shall proceed.

The Magistrate Judge has reviewed the Complaint and has determined the Complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983. See 28 U.S.C. § 1915(e)(2).

## **ORDER**

1. Plaintiff's request for leave to proceed *in forma pauperis* is granted.
2. Service is authorized for the following defendants only:
    (a) Correctional Lieutenant C. Romero, in his individual capacity only;
    (b) Correctional Officer M. Reynoso, in his individual capacity only;
    (c) Special Service Unit Agent R. Burts, in his individual capacity only;
    (d) Special Service Unit Agent T.L. Rosenkrans, in his individual capacity only, and;
    (e) Special Service Unit Agent G. Williams, in his individual capacity only.

   (A separate order requiring the United States Marshal Service to effectuate service shall issue forthwith).
3. The Clerk shall send Plaintiff a USM-285 form for each defendant on whom service is authorized as well as one summons, an instruction sheet and a file stamped copy of the Complaint. Plaintiff is to submit these materials, properly filled out to the Clerk Sandra Butler, within twenty (20) days of the date of this Order.

4. Within twenty days from the date of this Order, Plaintiff <u>shall use the form provided</u> to file notice that all required documents have been submitted to the U.S. Marshal Service.

5. FOR ALL FURTHER PLEADINGS submitted to this Court in consideration in the above-entitled matter:

    (a) Plaintiff shall <u>attach</u> a "Certificate" or "Proof" of Service to any pleading to be filed with the Clerk of Court. *(The Proof of Service indicates the date on which a true and correct copy of the pleadings were mailed to defendants or to defense counsel).*

    (b) Plaintiff shall <u>file</u> the pleading (and the attached Proof of Service), with the Clerk of Court;

    (c) Plaintiff shall <u>serve</u> a copy of the pleading (and the attached Proof of Service) upon defendants or, if appearance has been entered by counsel, upon defense counsel.

*(NOTE: Any paper received by a District Judge or Magistrate Judge which has not been filed with the Clerk <u>or</u> which fails to include a Certificate/Proof of Service will be disregarded by the Court).*

DATED: August 20, 2012

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE