# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| ANDRE LAMARR JACKSON, | ) CV 12-5743-PSG (SH) |
| Plaintiff, | ) ORDER ACCEPTING REPORT AND ) RECOMMENDATION OF UNITED ) STATES MAGISTRATE JUDGE |
| v. | ) |
| DIRECTOR OF CORRECTIONS OF THE STATE OF CALIFORNIA, et al., | ) ) ) |
| Defendants. | ) |

Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the Complaint and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

///
///
///

IT IS THEREFORE ORDERED that a Judgment be entered (1) approving and accepting the Report and Recommendation, (2) granting Defendants' Motion to Dismiss; (3) dismissing the Complaint without leave to amend, and; (4) directing that Judgment be entered dismissing the action with prejudice.

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on the Plaintiff and counsel for Defendants.

DATED: __July 29, 2013_____

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE