JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| ANDRE LAMARR JACKSON, | ) CV 12-5743-PSG (SH) |
| | ) JUDGMENT |
| Plaintiff, | ) |
| v. | ) |
| DIRECTOR OF CORRECTIONS OF THE STATE OF CALIFORNIA, et al., | ) |
| Defendants. | ) |

Pursuant to the Order of the Court accepting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: July 29, 2013

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

1